No. 87–314.   QUALITY MARKETS, INC. *v.* PENNSYLVANIA.   Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. 87–345.   IN RE ASAM.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari and the petition for writ of mandamus denied.

No. 87–390.   IN RE ASAM.   Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari and the petition for writ of mandamus denied.

No. 87–398.   RUSS BUILDING PARTNERSHIP *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.   Appeal from Ct. App. Cal., 1st App. Dist., dismissed for want of jurisdiction.

No. 87–5378.   ANDREGG *v.* PACIFIC TELEPHONE & TELEGRAPH CO. ET AL.   Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5439.   DEHNHOFF *v.* VINYARD ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–146.   SMITH BARNEY, HARRIS UPHAM & CO., INC., ET AL. *v.* ADRIAN ET UX.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon*, 482 U. S. 220 (1987).

No. 87–169.   SCULLY ET AL. *v.* FROMER.   C. A. 2d Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Lone* v. *Estate of Shabazz*, 482 U. S. 342 (1987), and *Turner* v. *Safley*, 482 U. S. 78 (1987).